Bell Auto Repair and Painting Corporation, Plaintiff-Appellee, v. Oliver C. Giddings, Defendant-Appellant.

Gen. No. 45, 637.

C. Francis Stradford, for appellant; Hugh M. Simborg, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed January 30, 1952; released for publication April 2, 1952.